277 So.2d 385

**In re George HAMILTON**

v.

**STATE.**

**Ex parte George Hamilton.**

**SC 261.**

Supreme Court of Alabama.

May 3, 1973.

Elno A. Smith, Jr., Montgomery, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of George Hamilton for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Hamilton v. State, 50 Ala.App. 108, 277 So.2d 383.

Writ denied.

BLOODWORTH, McCALL, FAULKNER and JONES, JJ., concur.

282 So.2d 256

**In re Ruby B. HAMNER**

v.

**MUTUAL OF OMAHA INSURANCE CO.**

**Ex parte Ruby B. Hamner.**

**SC 206.**

Supreme Court of Alabama.

Aug. 30, 1973.

Walter B. Henley, Northport, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Ruby B. Hamner for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Hamner v. Mutual of Omaha Insurance Company, a Corp., 270 So.2d 87 (6 Div. 116).

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD, BLOODWORTH, MADDOX, McCALL and FAULKNER, JJ., concur.

JONES, J., recuses self.

277 So.2d 423

**In re Howard E. HAVARD**

v.

**STATE.**

**Ex parte Howard E. Havard.**

**SC 320.**

Supreme Court of Alabama.

May 3, 1973.

Charles M. Ingrum, Opelika, for petitioner.

BLOODWORTH, Justice.

Petitioner of Howard E. Havard for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Havard v. State, 50 Ala. App. 147, 277 So.2d 421.

Writ denied.

COLEMAN, McCALL, FAULKNER and JONES, JJ., concur.